UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

24-20507-CR-BLOOM/ELFENBEIN

CASE NO. ______________________

18 U.S.C. § 1201(c)
18 U.S.C. § 1201(a)(1)
18 U.S.C. § 2119(3)
18 U.S.C. § 982(a)(5)
18 U.S.C. § 981(a)(1)(C)

FILED BY mp D.C.
Nov 20, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

vs.

YURWIN SMITH SALAZAR MAITA,
JULIO CESAR HERNANDEZ MONTERO, and
YORVI ARENAS LEZAMA,

Defendants.
______________________________/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
**Conspiracy to Commit Kidnapping**
**(18 U.S.C. § 1201(c))**

From on or about November 27, 2023, the exact date being unknown to the Grand Jury, continuing through on or about November 28, 2023, in Miami-Dade County, in the Southern District of Florida, the defendants,

**YURWIN SMITH SALAZAR MAITA,**
**JULIO CESAR HERNANDEZ MONTERO, and**
**YORVI ARENAS LEZAMA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to unlawfully seize, confine, inveigle, kidnap, abduct, and carry away and hold for reward and otherwise a person, that is, VICTIM 1, and did use any means, facility, and instrumentality of interstate commerce in committing and in

furtherance of the commission of the offense, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2; all in violation of Title 18, United States Code, Section 1201(c).

## OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by seizing, confining, kidnapping, abducting, and carrying away VICTIM 1 so that the defendants and their co-conspirators could obtain possessions and valuables belonging to VICTIM 1, including jewelry and currency.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its purpose, at least one of the conspirators committed and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

1. On or about November 28, ~~2024~~ 2023, **YURWIN SMITH SALAZAR MAITA, JULIO CESAR HERNANDEZ MONTERO, and YORVI ARENAS LEZAMA** traveled from a South River Suites hotel in Miami-Dade County, Florida, to a La Quinta hotel in Miami-Dade County, Florida.

2. On or about November 28, ~~2024~~ 2023, **YURWIN SMITH SALAZAR MAITA, JULIO CESAR HERNANDEZ MONTERO, and YORVI ARENAS LEZAMA** forcibly entered the vehicle of VICTIM 1 outside of the La Quinta hotel.

3. On or about November 28, ~~2024~~ 2023, the co-conspirators tied, and caused to be tied, the arms and legs of VICTIM 1.

4. On or about November 28, ~~2024~~ 2023, **YURWIN SMITH SALAZAR MAITA, JULIO CESAR HERNANDEZ MONTERO, and YORVI ARENAS LEZAMA** transported VICTIM 1 in his vehicle to a property in Miami-Dade County.

**COUNT 2**
**Kidnapping Resulting in Death**
**(18 U.S.C. § 1201(a)(1))**

On or about November 28, 2023, in Miami-Dade County, in the Southern District of Florida, the defendants,

**YURWIN SMITH SALAZAR MAITA,**
**JULIO CESAR HERNANDEZ MONTERO, and**
**YORVI ARENAS LEZAMA,**

did willfully and unlawfully seize, confine, inveigle, kidnap, abduct, and carry away and hold for reward and otherwise a person, that is, VICTIM 1, and did use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of the offense, with the death of VICTIM 1 resulting, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

**COUNT 3**
**Carjacking Resulting in Death**
**(18 U.S.C. § 2119(3))**

On or about November 28, 2023, in Miami-Dade County, in the Southern District of Florida, the defendants,

**YURWIN SMITH SALAZAR MAITA,**
**JULIO CESAR HERNANDEZ MONTERO, and**
**YORVI ARENAS LEZAMA,**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2018 Toyota 4Runner, from the person and presence of another, that is, VICTIM 1, by force and violence and by intimidation, with the death of VICTIM 1 resulting, in violation of Title 18, United States Code, Sections 2119(3) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **YURWIN SMITH SALAZAR MAITA, JULIO CESAR HERNANDEZ MONTERO, and YORVI ARENAS LEZAMA**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2119, as alleged in this Indictment, the defendants shall forfeit to the United States any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such offense, pursuant to Title 18, United States Code, Section 982(a)(5).

3. Upon conviction of a violation of, or a conspiracy to violate, Title 18, United States Code, Section 1201, as alleged in this Indictment, the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(5) and 981(a)(1)(C), and the procedures set forth int Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

[redacted]

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.:** 24-20507-CR-BLOOM/ELFENBEIN

**v.**

YURWIN SMITH SALAZAR-MAITA, et al.,

____________________________/
Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Court Division** (select one)
☒ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take 14 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☐ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☒ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☒ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, ____________ Magistrate Case No. ____________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of Salazar - 1/16/24; Hernandez - 3/14/24
11. Rule 20 from the ________ District of ________
12. Is this a potential death penalty case? (Yes or No) Yes
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: ____________________
ELENA SMUKLER
Assistant United States Attorney
FL Bar No. 91025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **YORVI JOSE ARENAS LEZAMA**

**Case No**:

Count #: 1

Conspiracy to Commit Kidnapping

Title 8, United States Code, Section 1201(c)

*** Max. Term of Imprisonment: Life**
*** Max. Supervised Release: 5 years**
*** Max. Fine: $250,000**

Count #: 2

Kidnapping Resulting in Death

Title 8, United States Code, Section 1201(a)(1)

*** Max. Term of Imprisonment: Death or Life Imprisonment**
*** Mandatory Min. Term of Imprisonment: Death or Life Imprisonment**
*** Max. Supervised Release: 5 years**
*** Max. Fine: $250,000**

Count #: 3

Carjacking Resulting in Death

Title 18, United States Code, Section 2119(3)

*** Max. Term of Imprisonment: Death or Life Imprisonment**
*** Max. Supervised Release: 5 years**
*** Max. Fine: $250,000**

*** Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **JULIO CESAR HERNANDEZ MONTERO**

**Case No:** ______________________

Count #: 1

Conspiracy to Commit Kidnapping

Title 8, United States Code, Section 1201(c)

*** Max. Term of Imprisonment: Life**
*** Max. Supervised Release: 5 years**
*** Max. Fine: $250,000**

Count #: 2

Kidnapping Resulting in Death

Title 8, United States Code, Section 1201(a)(1)

*** Max. Term of Imprisonment: Death or Life Imprisonment**
*** Mandatory Min. Term of Imprisonment: Death or Life Imprisonment**
*** Max. Supervised Release: 5 years**
*** Max. Fine: $250,000**

Count #: 3

Carjacking Resulting in Death

Title 18, United States Code, Section 2119(3)

*** Max. Term of Imprisonment: Death or Life Imprisonment**
*** Max. Supervised Release: 5 years**
*** Max. Fine: $250,000**

*** Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **YURWIN SMITH SALAZAR MAITA**

**Case No:**

Count #: 1

Conspiracy to Commit Kidnapping

Title 8, United States Code, Section 1201(c)

*** Max. Term of Imprisonment: Life**
*** Max. Supervised Release: 5 years**
*** Max. Fine: $250,000**

Count #: 2

Kidnapping Resulting in Death

Title 8, United States Code, Section 1201(a)(1)

*** Max. Term of Imprisonment: Death or Life Imprisonment**
*** Mandatory Min. Term of Imprisonment: Death or Life Imprisonment**
*** Max. Supervised Release: 5 years**
*** Max. Fine: $250,000**

Count #: 3

Carjacking Resulting in Death

Title 18, United States Code, Section 2119(3)

*** Max. Term of Imprisonment: Death or Life Imprisonment**
*** Max. Supervised Release: 5 years**
*** Max. Fine: $250,000**

*** Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**